UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS ROSALES-LEON,<br><br>              Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>              Respondents. | CASE NO.  C07-871-RSM-MJB<br><br>REPORT AND RECOMMENDATION |

      Petitioner Jesus Rosales-Leon is a native and citizen of Mexico who is currently being detained by the U.S. Immigration and Customs Enforcement ("ICE"), pending his removal proceedings.  On June 6, 2007, petitioner, proceeding through counsel, filed a "Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus," pursuant to 28 U.S.C. § 2241.  (Dkt. #1).  Petitioner asserts that he was informed on June 6, 2007, that ICE intends to temporarily transfer him from the Northwest Detention Center in Tacoma, Washington to a separate facility in Union Town, Alabama for at least 30 days.  Petitioner argues that the transfer would have a substantial detrimental result on petitioner's ability to prepare his application for section 212(c) relief by the June 22, 2007 deadline, and would further impact his ability to prepare for trial on August 22, 2007.  Petitioner seeks an order from this Court preventing his transfer to Alabama.  Along with his habeas petition, petitioner also filed a

REPORT AND RECOMMENDATION
PAGE – 1

motion for temporary restraining order to prevent his transfer to Alabama. (Dkt. #2). On June 6, 2007, the Court denied the motion, concluding that petitioner had failed to demonstrate a probability of success on the merits and the possibility of irreparable injury, or that serious legal questions were raised and the balance of hardship tips sharply in petitioner's favor. (Dkt. #3). The Court further concluded that petitioner provided no argument or legal authority showing that the Court had any authority to enter the relief petitioner requested. *Id.*

On July 10, 2007, respondents filed a Return Memorandum and Motion to Dismiss, and a Declaration of deportation officer Sylvie Lobato, indicating that ICE no longer intends to transfer petitioner to Alabama. (Dkt. #10, Ex. A). Respondents assert that because they no longer intend to transfer petitioner, his habeas petition should be dismissed as moot. Petitioner did not file a response to respondents' motion to dismiss.

Because respondents have verified that they no longer intend to transfer petitioner to Alabama, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992)(holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that respondents' motion to dismiss be granted (Dkt. #10), and that this action be dismissed without prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 6th day of August, 2007.

_____
Monica J. Benton
U.S. Magistrate Judge

REPORT AND RECOMMENDATION
PAGE – 2